## Commonwealth ex rel. Slater, Appellant, *v.* Maroney.

Submitted March 1, 1965. *Abram Francis Slater,* appellant, in propria persona; *Pascoe L. Schiavo,* Assistant District Attorney, *Robert*

*J. Hourigan,* First Assistant District Attorney, and *Thomas E. Mack,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.